UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICKY KAMDEM-OUAFFO,<br><br>      Plaintiff,<br><br>v.<br><br>TAPFIN NORTH AMERICA SHARED SERVICES TEAM, CAMPBELLS SOUP COMPANY, TASK MANAGEMENT INC., CARY HAYES, DENISE M. MORRISON, CARLOS J. BARROSO, SCOTT KELLER, STEFAN MOHAN, CORIE HESS, LINDA HARRISON, DUANE MORRIS, JONATHAN D. WETCHLER, TREVOR H. TANIGUCHI, MCELROY, DEUTSCH, MULVANEY & CARPENTER LLP, BERNARD E. JACQUES, DAYNE R. JOHNSON, JOHN/JANE DOE, and ABC CORPORATION 1-10,<br><br>      Defendants. | Case No. 19-CV-607-JPS<br><br><br><br>**ORDER** |

  On April 26, 2019, Plaintiff Ricky Kamdem-Ouaffo filed his *pro se* complaint in this matter. (Docket #1). On May 1, 2019, the Court struck Plaintiff's complaint because it failed to satisfy Rule 8(a)(2)'s requirement of a "short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a), and because it was almost entirely duplicative of another case Plaintiff is litigating in the District of New Jersey. (Docket #2). The Court gave Plaintiff an opportunity to submit an amended complaint correcting the defects the Court had described. *Id.* at 3.

The Court warned that failure to submit an amended complaint by June 3, 2019 could result in dismissal of this action. *Id.*

On June 3, 2019, Plaintiff filed a response to the Court's May 1 order in which Plaintiff, in no uncertain terms, declares his refusal to follow the Court's order. (Docket #3). He states that he "declines filing an Amended Complaint" and asks that the case be dismissed so he can appeal. *Id.* at 1, 4. The Plaintiff will get his wish. This action will be dismissed without prejudice for Plaintiff's failure to prosecute it. Civ. L. R. (41)(c); *Mojapelo v. Nat'l R.R. Passenger Corp.*, 748 F. App'x 68, 70 (7th Cir. 2019) (citing *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962)).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice.**

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 5th day of June, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge